UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO RYMER,

                Plaintiff,

        – *against* –

65 WEST 87TH ST HOUSING DEVELOPMENT
FUND CORPORATION, CHRISTINE ELBERT,
ANTHONY SARMIENTO, *and* ANGELA ROJO,

                Defendants.

**ORDER**

20-cv-9599 (ER)

Ramos, D.J.:

The Court having been advised that the parties have reached a settlement in principle, it is

ORDERED that the above-entitled action be and hereby is discontinued, without costs to either

party, subject to reopening should the settlement not be consummated **within thirty (30) days** of

the date hereof.

Any application to reopen **must be filed within thirty days of this Order**; any

application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are

advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing

any settlement agreement, they must submit the settlement agreement to the Court within the

**next thirty (30) days** with a request that the agreement be "so ordered" by the Court.

      SO ORDERED.

Dated:    August 28, 2023
          New York, New York

_____
     Edgardo Ramos, U.S.D.J.